JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL COTA, | ) | Case No. LA CV 15-1528 AG (JCG) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JEFF MACOMBER, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.


DATED:    October 31, 2016

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE